IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ENDI MUNOZ-CHAVEZ,

    Plaintiff/Petitioner,

v.

                                             Civ. 15-281 KG/GBW
                                             Cr. 14-660 KG

UNITED STATES OF AMERICA,

    Defendant/Respondent.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING the Petition WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE